UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LEE DURON,

    Plaintiff,

v.   Case No. 1:20-cv-112
   Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED**.

Dated:  March 16, 2021          /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge